UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ONE REAL PROPERTY LOCATED ON MARY ELLEN AVENUE, VAN NUYS, CALIFORNIA,<br><br>　　　　Defendant. | No. CV 16-09345-RGK (SSx)<br><br>[~~PROPOSED~~] **DEFAULT JUDGMENT OF FORFEITURE** |

　　　This action arose from the Verified Complaint for Forfeiture (the "Complaint") filed herein on December 19, 2016, entitled <u>United States of America v. One Real Property Located On Mary Ellen Avenue, Van Nuys, California</u>, Case No. CV 16-09345-RGK (SSx). Notice of this action has been given in the manner required by law, and known potential claimant Susanna Chekmiyan ("Chekmiyan") has not appeared by filing a Statement identifying her rights or interests with this Court. Further, known potential claimant Chekmiyan has not filed an Answer to the Complaint or otherwise defended her interests, if any, as to the defendant One Real Property Located On Mary Ellen Avenue,

Van Nuys, California (the "defendant property") pursuant to 18 U.S.C. § 981(a)(1)(A) and (C). The legal description of the defendant property is as follows:

> Real property in the City of Los Angeles, County of Los Angeles, State of California.[1]
>
> > THAT PORTION OF LOT 9 OF TRACT NO. 1336, AS PER MAP RECORDED IN BOOK 18, PAGES 146 AND 147 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS: BEGINNING AT THE NORTHWEST CORNER OF SAID LOT 9; THENCE EAST, ALONG THE NORTH LINE OF SAID LOT 9, 965 FEET; THENCE SOUTH, PARALLEL TO FULTON AVENUE, 130 FEET TO THE TRUE POINT OF BEGINNING; THENCE EAST, PARALLEL TO SAID NORTH LINE, 165 FEET; THENCE SOUTH, PARALLEL TO FULTON AVENUE, 50 FEET; THENCE WEST, PARALLEL TO SAID NORTH LINE, 165 FEET; THENCE NORTH, 50 FEET TO THE TRUE POINT OF BEGINNING.
> >
> > SAID LAND IS ALSO SHOWN AS LOT 178 AND THE EASTERLY HALF OF "F", LICENSED SURVEYOR'S MAP RECORDED IN BOOK 18 PAGE 42 OF RECORDS OF SURVEY.
> >
> > APN: 2331-007-003.

At the time the civil forfeiture complaint was filed, title to the defendant property was held in the name of Susanna Chekmiyan, a widow.

---

[1] Pursuant to Local Rule 5.2-1, personal residence addresses have been omitted from this Default Judgment.

Therefore, the Court deems that known potential claimant Chekmiyan and all unknown potential claimants admit the allegations of the Complaint to be true.

ACCORDINGLY, IT IS ORDERED, ADJUDGED AND DECREED that all rights, title, and interest of known potential claimant Chekmiyan and all unknown potential claimants in and to the defendant real property is condemned and forfeited to the United States of America.

**IT IS SO ORDERED.**

DATED: June 21, 2017     _____
                          UNITED STATES DISTRICT JUDGE


PRESENTED BY:

SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVE R. WELK
Chief, Asset Forfeiture Section

__/s/ Frank D. Kortum_____
FRANK D. KORTUM
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA